IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01147-WDM-BNB

CASSANDRA PARSONS,

Plaintiff,

v.

BELGARDE PROPERTY SERVICES, INC., d/b/a Lakeview Apartments,
BELGARDE ENTERPRISES d/b/a Lakeview Apartments, and
68TH AVENUE PARTNERS LIMITED PARTNERSHIP, LLLP, d/b/a Lakeview Apartments, a registered trade name,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **November 23, 2010**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 9, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge