IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10-cv-01147-WDM-BNB

CASSANDRA PARSONS,

    Plaintiff,

v.

BELGARDE PROPERTY SERVICES, INC., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on December 7, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL